### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOILERMAKERS NATIONAL HEALTH AND WELFARE FUND and JOHN FULTZ, as fiduciary of the BOILERMAKERS NATIONAL HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> EYE WORKS, INC. and CHERYL GIBSON, <br><br> Defendants. | Case No. 2:19-cv-02572-JAR-JPO |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE ACTION

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby notify the Court and all other parties that this case, having been fully settled and compromised, is hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs, except as otherwise agreed. Defendants have not filed an answer or a summary judgment motion, so dismissal is proper under Rule 41(a)(1)(A)(i).

Dated: November 14, 2019                                   Respectfully Submitted,

**BLAKE & UHLIG, PA**
/s/ Nathan Kakazu
Nathan Kakazu, KS Bar No. 28276
753 State Avenue, Suite 475
(913) 321-8884
(913) 321-2396 – Fax
nak@blake-uhlig.com
**Attorney for Plaintiffs**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2019, I served the foregoing on Defendants via electronic mail, to which Defendants have consented.

/s/ Nathan Kakazu